UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICTORIA L. HOWARD,<br><br>        Plaintiff,<br><br>    v.<br><br>WCHS, INC., et al.,<br><br>        Defendants. | CASE NO. C13-5755 MJP<br><br>ORDER ON MOTION TO REMAND |

The Court, having received and reviewed Plaintiff's Motion to Remand to Superior Court (Dkt. No. 15) and Defendants' Opposition to Plaintiff's Motion to Remand (Dkt. No. 23), rules as follows:

IT IS ORDERED that the motion is DENIED.

The Court is satisfied that complete diversity of citizenship exists between Plaintiff and Defendants in this matter. Both Defendants WCHS and CRC were incorporated in states other than Washington; similarly, both defendants have principal places of business outside of this state. Plaintiff is admittedly a citizen of Washington, therefore the diversity requirements of 28 U.S.C. § 1332(a)(1) have been met.

ORDER ON MOTION TO REMAND- 1

1   Plaintiff does not contest that the amount in controversy in this matter exceeds $75,000.
2   All requirements for removal jurisdiction have been established and Plaintiff's request to remand
3   the matter to Washington state court will be DENIED.

4

5   The clerk is ordered to provide copies of this order to all counsel.
6   Dated this 5th day of November, 2013.

                                        Marsha J. Pechman
                                        United States District Judge

ORDER ON MOTION TO REMAND- 2